UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAMOND SANDERS | CIVIL ACTION |
| VERSUS | NO. 19-12471 |
| JAMES LEBLANC, WARDEN ROBERT TANNER, KARLA HILLMAN, BRITTANY MORGAN | SECTION "J"(4) |

**O R D E R**

Before the Court is Plaintiff's *Objection to Magistrate Judge's Report and Recommendation* **(Rec. Doc. 7)**. Having considered the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court finds Plaintiff's objection to be without merit. The Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Shamond Sanders's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 17th day of October, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE